FILED
JUL 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
5055 Wilshire Blvd, Suite 300
Los Angeles, CA 90036
T: (323) 988-2400; F: (866) 802-0021
Attorneys for Plaintiff,

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA**

**SAN DIEGO DIVISION**

| | |
|---|---|
| ROBERT BOROVAY<br>Plaintiff,<br>vs.<br>ACCESS CAPITAL CREDIT<br>Defendant. | **Case No.:** '08 CV 1365 IEG CAB<br>**VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL**<br>**(Unlawful Debt Collection Practices)** |

**COMPLAINT**

COMES NOW the Plaintiff, ROBERT BOROVAY ("Plaintiff"), by and through his attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, ACCESS CAPITAL CREDIT, alleges and affirmatively states as follows:

**INTRODUCTION**

1. The United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors, and has determined that abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy. Congress wrote the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* (hereinafter "FDCPA"), to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to



CR

promote consistent State action to protect consumers against debt collection abuses. (15 U.S.C. 1692(a) – (e)).

2. The California legislature has determined that the banking and credit system and grantors of credit to consumers are dependent upon the collection of just and owing debts and that unfair or deceptive collection practices undermine the public confidence that is essential to the continued functioning of the banking and credit system and sound extensions of credit to consumers. The Legislature has further determined that there is a need to ensure that debt collectors exercise this responsibility with fairness, honesty and due regard for the debtor's rights and that debt collectors must be prohibited from engaging in unfair or deceptive acts or practices. (Cal. Civ. Code §1788.1(a) – (b)).

3. Plaintiff, through Plaintiff's attorneys, brings this action to challenge the actions of ACCESS CAPITAL CREDIT (hereinafter "Defendant") with regard to attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff damages.

4. For the purposes of this Petition, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers of Defendant named in this caption.

## JURISDICTION AND VENUE

5. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy" and 28 U.S.C. 1367 grants this court supplemental jurisdiction over the state claims contained therein.

6. Because Defendant maintains a business office and conducts business in the state of California, personal jurisdiction is established.

7. Venue is proper pursuant to 28 U.S.C. 1391(b)(1).

8. Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

**PARTIES**

9. Plaintiff is a natural person who resides in the City of Simi Valley, County of Ventura, State of California and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

10. Plaintiff is a natural person from whom a debt collector sought to collect a consumer debt which was due and owing or alleged to be due and owing from Plaintiff and is a "debtor" as that term is defined by California Civil Code § 1788.2(h).

11. Plaintiff is informed and believes, and thereon alleges, that Defendant is a national company with a business office in the City of El Cajon, County of San Diego, State of California.

12. Plaintiff is informed and believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

13. Plaintiff is informed and believes, and thereon alleges, that Defendant is not a firm of attorneys or counselors at law and is a company who, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection as that term is defined by California Civil Code § 1788.2(b), and is a "debt collector" as that term is defined by California Civil Code § 1788.2(c).

## FACTUAL ALLEGATIONS

14. Plaintiff agreed to accept an offer for a seven (7) day trial period for the dental cleaning product, "White Overnite Night."

15. The offer stipulated that Plaintiff could cancel before the seven (7) day period free of charge if Plaintiff was not satisfied with the product.

16. Plaintiff canceled the agreement and did so before the seven (7) day period expired as mentioned in the offer.

17. On Oct 8, 2007, Access Capital Credit sent a collection letter to Plaintiff and requested payment on the alleged debt.

19. On October 11, 2008, Plaintiff sent Defendant a written request for validation of the alleged debt as well as a refusal to pay the alleged debt as it is not owed. (See Exhibit A).

20. Defendant continued its attempts to collect the alleged debt from Plaintiff as demonstrated by Defendant placing collection calls to Plaintiff after their receipt of the letter. (See Exhibit B).

21. As of yet, Defendant has failed to provide Plaintiff with written validation of the alleged debt.

22. On June 5, 2008, Plaintiff retained KROHN & MOSS, LTD. to be his legal representation in the present matter.

## COUNT I

## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

23. Plaintiff repeats, reallages and incorporates by reference all of the foregoing paragraphs.

24. Defendant **violated the FDCPA**. Defendant's violations include, but are not limited to the following:

a). Defendant violated the FDCPA § 1692c(c) when Defendant, through its agents and employees, continued to seek collection from Plaintiff after Plaintiff sent Defendant written notice of refusal to pay the alleged debt.

b). Defendant violated the FDCPA § 1692e(2)(A) when Defendant, through its agents and employees, falsely represented the character and legal status of the alleged debt as Plaintiff does not owe it.

c). Defendant violated the FDCPA § 1692f(1) when Defendant, through its agents and employees, sought and demanded payment of a debt Plaintiff does not owe and thus not permitted by law

d). Defendant violated the FDCPA § 1692g(b) Defendant continued to contact Plaintiff after receiving a written request inquiring what the debt was for, how the debt was calculated, and documentation that proved Plaintiff owed the alleged debt.

25. As a consequence of Defendant's foregoing actions, Plaintiff has suffered from stress, anxiety and anger. (See Exhibit C).

## COUNT II

## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT (RFDCPA), Cal. Civ. Code § 1788 et seq.

26. Plaintiff repeats, realleges and incorporates by reference all of the foregoing paragraphs.

27. Defendant **violated the RFDCPA**. Defendant's violations include, but are not limited to the following:

a). Defendant violated the RFDCPA § 1788.13(e) when Defendant, through its agents and employees, falsely represented an increase in the consumer due to service charges.

b). Defendant violated the RFDCPA § 1788.17 when Defendant, through its agents and employees, continuously failed to comply with the statutory regulations contained within the FDCPA, 15 U.S.C. § 1692 *et seq.*

28. As a consequence of Defendant's foregoing actions, Plaintiff has suffered from stress, anxiety and anger. (See Exhibit C).

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

29. Declaratory judgment that the Defendant's conduct violated the State Act, RFDCPA, and Federal Act, FDCPA.

30. Actual damages.

31. Statutory damages pursuant to the State Act, Cal. Civ. Code § 1788.30(b).

32. Statutory damages pursuant to the Federal Act, 15 U.S.C. 1692k.

33. Costs and reasonable attorney's fees pursuant to the State Act, Cal. Civ Code § 1788.30(c) and the Federal Act, 15 U.S.C. 1692k.

34. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

DATED: July 17, 2008

KROHN & MOSS, LTD.

By: ______________________

Nicholas J. Bontrager
Attorney for Plaintiff

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, ROBERT BOROVAY, hereby demands trial by jury in this action.

# VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA)

Plaintiff, ROBERT BOROVAY, says as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, ROBERT BOROVAY, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATED: July 18 2008

ROBERT BOROVAY,
Plaintiff

**EXHIBIT A**

**FINANCIAL NETWORK RECOVERY**

October 11, 2007

Access Capital Credit
Post Office Box 266
El Cajon, California 92022

RE: ACC # 300107049.001
Principal Balance: $114.32
ACC Fees: $ 61.73
Total Due: $176.05

Dear Sirs,

I am really surprised to have received your letter in regards to the alleged amount due. This item was canceled prior to receipt of the second shipment, however it appears that my account wasn't canceled and the item was shipped in which I refused deliver. If you Could prove that I signed for receipt of this package, I will be willing to pay $114.32. I am also surprised that I never received any billing from your client "White Overnite Night" as if I had, I would have immediately contacted them.

Also I have done some of my own investigations and your client has numerous complaints filed against them for not canceling orders when asked to do so.

I am also surprised that your agency is asking for a so-called ACC fee of $61.73 which is 54% of the amount alleged due. Please provide documents in which your agency is authorized to collect such a penalty fee. I see no where under the "Fair Debt Collection Practices Act" giving your agency the ability to charge such a fee without my knowledge of such a penalty while doing business with your client (White Overnite Night).

At this time I must state if this appears on my credit profile without proper proof of my order and receipt, I will take legal actions against your Company and your Client. I expect to receive confirmation within the next 10 days that this matter has been closed With no credit reporting or to receive confirmation showing that this debt is valid.

RB

Robert Borovay
1881 Sunnydale Avenue
Simi Valley, Ca 93065

Faxed over 10/11/07 10:53 am.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Access Capital Credit
P.O. Box 266
El Cajon . CA 92022

2. Article Number
*(Transfer from service label)*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Access Capital Credit
Street, Apt. No.; or PO Box No.: P.O. Box 266
City, State, ZIP+4: El Cajon CA 92022

PS Form 3800, June 2002 See Reverse for Instructions

7005 0390 0000 8395 7752

7005 0390 0000 8395 7752

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL™**

7005 0390 0000 8395 7752

**EXHIBIT B**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 48 | 10/05/2007 | 11:43AM | 702-877-9161 | 5 | 0.00 | 0.00 | 0.00 |
| 49 | 10/05/2007 | 11:59AM | 818-652-5770 | 3 | 0.00 | 0.00 | 0.00 |
| 50 | 10/05/2007 | 12:03PM | 818-652-5770 | 25 | 0.00 | 0.00 | 0.00 |
| 51 | 10/05/2007 | 4:44PM | 818-652-5770 | 1 | 0.00 | 0.00 | 0.00 |
| 52 | 10/06/2007 | 6:26PM | 805-469-4552 | 54 | 0.00 | 0.00 | 0.00 |
| 53 | 10/08/2007 | 7:35AM | 800-351-3204 | 8 | 0.00 | 0.00 | 0.00 |
| 54 | 10/08/2007 | 7:56AM | 800-926-2824 | 5 | 0.00 | 0.00 | 0.00 |
| 55 | 10/08/2007 | 8:17AM | 559-302-0702 | 23 | 0.00 | 0.00 | 0.00 |
| 56 | 10/08/2007 | 1:02PM | 213-622-7809 | 22 | 0.00 | 0.00 | 0.00 |
| 57 | 10/09/2007 | 9:24AM | 866-261-4275 | 14 | 0.00 | 0.00 | 0.00 |
| 58 | 10/09/2007 | 11:21AM | 805-577-9551 | 1 | 0.00 | 0.00 | 0.00 |
| 59 | 10/09/2007 | 2:03PM | 702-877-9161 | 1 | 0.00 | 0.00 | 0.00 |
| 60 | 10/10/2007 | 8:22AM | 800-341-8441 | 3 | 0.00 | 0.00 | 0.00 |
| 61 | 10/10/2007 | 8:42AM | 800-356-0011 | 4 | 0.00 | 0.00 | 0.00 |
| 62 | 10/10/2007 | 11:30AM | 702-877-9161 | 1 | 0.00 | 0.00 | 0.00 |
| 63 | 10/10/2007 | 11:55AM | 888-244-0925 | 1 | 0.00 | 0.00 | 0.00 |
| 64 | 10/10/2007 | 12:12PM | 800-926-2824 | 3 | 0.00 | 0.00 | 0.00 |
| 65 | 10/10/2007 | 4:51PM | 805-469-4552 | 1 | 0.00 | 0.00 | 0.00 |
| 66 | 10/10/2007 | 4:52PM | 559-723-8009 | 1 | 0.00 | 0.00 | 0.00 |
| 67 | 10/10/2007 | 4:55PM | 805-469-4552 | 1 | 0.00 | 0.00 | 0.00 |
| 68 | 10/10/2007 | 4:56PM | 805-469-4552 | 6 | 0.00 | 0.00 | 0.00 |
| 69 | 10/10/2007 | 5:02PM | 805-469-4552 | 12 | 0.00 | 0.00 | 0.00 |
| 70 | 10/11/2007 | 7:45AM | 888-333-2201 | 11 | 0.00 | 0.00 | 0.00 |
| 71 | 10/11/2007 | 7:59AM | 800-732-9194 | 20 | 0.00 | 0.00 | 0.00 |
| 72 | 10/11/2007 | 8:22AM | 805-494-4060 | 1 | 0.00 | 0.00 | 0.00 |
| 73 | 10/11/2007 | 8:47AM | 800-887-5749 | 7 | 0.00 | 0.00 | 0.00 |
| 74 | 10/11/2007 | 10:11AM | 559-723-8009 | 3 | 0.00 | 0.00 | 0.00 |
| Call 1 * 75 | 10/11/2007 | 10:47AM | 619-966-9597 | 1 | 0.00 | 0.00 | 0.00 |
| Call 2 * 76 | 10/11/2007 | 11:50AM | 619-966-9593 | 6 | 0.00 | 0.00 | 0.00 |
| 77 | 10/11/2007 | 12:40PM | 702-877-9161 | 1 | 0.00 | 0.00 | 0.00 |
| 78 | 10/11/2007 | 12:41PM | 702-686-3321 | 1 | 0.00 | 0.00 | 0.00 |
| 79 | 10/11/2007 | 6:35PM | 702-877-9161 | 2 | 0.00 | 0.00 | 0.00 |
| 80 | 10/12/2007 | 7:36AM | 800-341-8441 | 6 | 0.00 | 0.00 | 0.00 |
| 81 | 10/12/2007 | 9:37AM | 617-671-8419 | 2 | 0.00 | 0.00 | 0.00 |
| 82 | 10/12/2007 | 10:16AM | 800-275-8777 | 6 | 0.00 | 0.00 | 0.00 |

> Call 3
> They call me with offer *
> said please answer my letter.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 83 | 10/12/2007 | 1:41PM | 617-671-8419 | 1 | 0.00 | 0.00 | 0.00 |
| 84 | 10/12/2007 | 4:29PM | 617-671-8419 | 1 | 0.00 | 0.00 | 0.00 |
| 85 | 10/12/2007 | 7:46PM | 617-671-8419 | 1 | 0.00 | 0.00 | 0.00 |
| 86 | 10/12/2007 | 7:47PM | 617-671-8419 | 2 | 0.00 | 0.00 | 0.00 |
| 87 | 10/13/2007 | 10:31AM | 619-966-9597 | 3 | 0.00 | 0.00 | 0.00 |
| 88 | 10/13/2007 | 1:45PM | 818-652-5770 | 3 | 0.00 | 0.00 | 0.00 |
| 89 | 10/13/2007 | 4:27PM | 818-652-5770 | 2 | 0.00 | 0.00 | 0.00 |
| 90 | 10/14/2007 | 5:47PM | 617-671-8419 | 42 | 0.00 | 0.00 | 0.00 |
| 91 | 10/15/2007 | 7:58AM | 702-686-3321 | 3 | 0.00 | 0.00 | 0.00 |
| 92 | 10/15/2007 | 12:38PM | 978-236-7528 | 2 | 0.00 | 0.00 | 0.00 |
| 93 | 10/15/2007 | 3:08PM | 702-877-9161 | 16 | 0.00 | 0.00 | 0.00 |
| 94 | 10/15/2007 | 4:08PM | 702-877-9161 | 12 | 0.00 | 0.00 | 0.00 |
| 95 | 10/15/2007 | 4:23PM | 702-877-9161 | 4 | 0.00 | 0.00 | 0.00 |
| 96 | 10/16/2007 | 8:36AM | 702-877-9161 | 1 | 0.00 | 0.00 | 0.00 |
| 97 | 10/16/2007 | 8:43AM | 702-877-9161 | 3 | 0.00 | 0.00 | 0.00 |
| 98 | 10/16/2007 | 8:57AM | 702-877-9161 | 13 | 0.00 | 0.00 | 0.00 |
| 99 | 10/16/2007 | 10:46AM | 805-581-7805 | 1 | 0.00 | 0.00 | 0.00 |
| 100 | 10/16/2007 | 11:25AM | 702-877-9161 | 24 | 0.00 | 0.00 | 0.00 |
| 101 | 10/16/2007 | 4:36PM | 000-000-0411 | 1 | 0.00 | 1.79 | 1.79 |
| 102 | 10/16/2007 | 4:37PM | 805-520-8744 | 1 | 0.00 | 0.00 | 0.00 |
| 103 | 10/16/2007 | 4:38PM | 805-551-3209 | 1 | 0.00 | 0.00 | 0.00 |
| 104 | 10/16/2007 | 4:46PM | 702-877-9161 | 6 | 0.00 | 0.00 | 0.00 |
| 105 | 10/17/2007 | 8:13AM | 888-515-3500 | 1 | 0.00 | 0.00 | 0.00 |
| 106 | 10/17/2007 | 8:56AM | 805-584-1732 | 2 | 0.00 | 0.00 | 0.00 |
| 107 | 10/17/2007 | 11:56AM | 805-469-4552 | 2 | 0.00 | 0.00 | 0.00 |
| 108 | 10/18/2007 | 8:27AM | 800-443-0815 | 9 | 0.00 | 0.00 | 0.00 |
| **Totals** | | | | **708** | **0.00** | **1.79** | **1.79** |

**1**

## Bill & Payment Support

## Manage Your Account

## Avoiding Overages

Add a Data Feature

Add Early Nights & Weekends

Add a Messaging Bundle

at&t

# Bill Summary & Call Details

Account Owner: ROBERT BOROVAY, Account Number: 528867425

Get your wireless billing details by selecting one of the sub-sections below.

Important Information for California Customers

E-mail us your billing questions

**Current Payment & Charges**

| | |
|---|---|
| Last Payment Received (07-01-08) | $76.54 |
| Total Amount Due | $0.00 |

Make a Payment

## Wireless Statement Summary

Select Bill Period: 02/19/08 - 03/18/08 View Full Bill

BILL SUMMARY | **CALL DETAILS**

Wireless Number: 805-469-4552

Select the type of details to view:

**Voice** | Data

Phone Book (What's this?)
**On** | Off | Manage

**Voice Details**

Download Call Details

1

| # | DATE | TIME | NUMBER CALLED | MIN | AIRTIME CHARGE | LD/ADD'L CHARGE | TOTAL CHARGE |
|---|---|---|---|---|---|---|---|
| 1 | 02/19/2008 | 9:04AM | 805-469-4552 | 1 | 0.00 | 0.00 | 0.00 |
| 2 | 02/19/2008 | 9:10AM | 805-469-4552 | 1 | 0.00 | 0.00 | 0.00 |
| 3 | 02/19/2008 | 10:19AM | 805-990-5614 | 2 | 0.00 | 0.00 | 0.00 |
| 4 | 02/20/2008 | 8:06AM | 800-926-2607 | 3 | 0.00 | 0.00 | 0.00 |
| 5 | 02/22/2008 | 8:01AM | 805-469-4552 | 1 | 0.00 | 0.00 | 0.00 |
| 6 | 02/22/2008 | 1:51PM | 213-622-7809 | 5 | 0.00 | 0.00 | 0.00 |
| 7 | 02/26/2008 | 11:40AM | 619-966-9592 | 2 | 0.00 | 0.00 | 0.00 |
| 8 | 02/29/2008 | 7:40AM | 818-652-5770 | 2 | 0.00 | 0.00 | 0.00 |
| 9 | 02/29/2008 | 11:08AM | 702-877-9161 | 1 | 0.00 | 0.00 | 0.00 |
| 10 | 03/01/2008 | 9:32AM | 805-522-9908 | 1 | 0.00 | 0.00 | 0.00 |
| 11 | 03/01/2008 | 12:12PM | 702-877-9161 | 9 | 0.00 | 0.00 | 0.00 |
| 12 | 03/01/2008 | 12:25PM | 702-877-9161 | 1 | 0.00 | 0.00 | 0.00 |

**EXHIBIT C**

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

| | | YES | NO |
|---|---|---|---|
| 1. | Sleeplessness | **YES** (circled) | NO |
| 2. | Fear of answering the telephone | YES | **NO** (circled) |
| 3. | Nervousness | **YES** (circled) | NO |
| 4. | Fear of answering the door | YES | **NO** (circled) |
| 5. | Embarrassment when speaking with family or friends | YES | **NO** (circled) |
| 6. | Depressions (sad, anxious, or "empty" moods) | **YES** (circled) | NO |
| 7. | Chest pains | YES | **NO** (circled) |
| 8. | Feelings of hopelessness, pessimism | **YES** (circled) | NO |
| 9. | Feelings of guilt, worthlessness, helplessness | YES | **NO** (circled) |
| 10. | Appetite and/or weight loss or overeating and weight gain | **YES** (circled) | NO |
| 11. | Thoughts of death, suicide or suicide attempts | YES | **NO** (circled) |
| 12. | Restlessness or irritability | **YES** (circled) | NO |
| 13. | Headache, nausea, chronic pain or fatigue | YES | **NO** (circled) |
| 14. | Negative impact on my job | **YES** (circled) | NO |
| 15. | Negative impact on my relationships | **YES** (circled) | NO |

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: I have been diagnostic as Bipolar I and other conditions, Have had these problems and other issues arise. including But not limited to severe Anxiety, placed on more medications and possible Hospilations which I refused because of lack of funds for deductable. I ~~[illegible]~~ Also had more manic episodes, and outward expressions of Anger to other people wich has never happen before. Everything has changed since I found on my credit Report this year. I have to leave work or not show up because of the Anxity. I have been under the care of Doctor Barrio which knows my history.

*Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.*

Dated: July 18 2008

[signature]
Signed Name

Robert Borovay
Printed Name

This has ~~further~~ Further and set back my progress in managing my conditions. I have loss 26 pounds partly do to this problem and other changes with my Medications.

**UNITED STATES**
**DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 153451 - TC**

**July 29, 2008**
**11:22:02**

**Civ Fil Non-Pris**

USAO #.: 08CV1365
Judge..: IRMA E GONZALEZ
Amount.: $350.00 CK
Check#.: BC12023

**Total-> $350.00**

FROM: ROBERT BOROVAY
VS.
ACCESS CAPITAL CREDIT

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

FILED
JUL 2 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Robert Borovay

(b) County of Residence of First Listed Plaintiff: Ventura
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Krohn & Moss, Ltd.; Nicholas J. Bontrager (323) 988-2400
5055 Wilshire Blvd, Suite 300, Los Angeles, CA 90036

## DEFENDANTS

Access Capital Credit

County of Residence of First Listed Defendant: San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

'08 CV 1365 IEG CAB

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☒ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
15 USC 1692 et seq.

Brief description of cause:
Unlawful and abusive debt collection pratices.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE DOCKET NUMBER

DATE: 07/23/2008

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # 153451 AMOUNT $350 APPLYING IFP JUDGE MAG. JUDGE

TAC 7/29/08

CP