UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BOROVAY | Case No.: 3:08-cv-01365-IEG-CAB |
| Plaintiff, | |
| vs. | **ORDER TO DISMISS WITH PREJUDICE** |
| ACCES CAPITAL CREDIT, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1) and the parties' filed stipulation, the Court hereby orders, as follows:

1. Upon the agreement of all appearing parties, the present matter is to be dismissed with prejudice.

2. This court will retain jurisdiction over the present matter until the parties fully consummate the terms of the settlement agreement.

3. Parties to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: January 14, 2009

_Irma E. Gonzalez_
Irma E. Gonzalez, Chief Judge
United States District Court

- 1 -